## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| INTEGRITY BUSINESS PARTNERS, LLC, **Plaintiff,** v. AUTUMN RIDGE CONSULTING INC., et al., **Defendants.** | Case No. 1:21-cv-00162 Judge: Michael R. Barrett |
| AUTUMN RIDGE CONSULTING INC., et al., **Counterclaim/Crossclaim-Plaintiffs,** v. INTEGRITY BUSINESS PARTNERS LLC, et al., **Counterclaim/Crossclaim-Defendants.** | |

**COUNTERCLAIM-PLAINTIFFS' NOTICE OF FILING OF EXHIBITS ATTACHED TO THE SUPPLEMENTAL DECLARATION OF ANDREA COLLVER AND TO THE SECOND SUPPLEMENTAL DECLARATION OF BRADLEY O. CEBECI (Doc. No. 65-2)**

Counterclaim-Plaintiffs AUTUMN RIDGE CONSULTING INC., BARNWELL TERRACE INC., BOWERY INC., CASTLEWOOD CONSULTING INC., CLIFFSIDE MARKETING INC., CRYSTAL RIVER INC., DUCHESS CONSULTING INC., EAGLE VIEW INC., FIT MARKETING INC., LARKSPUR SPRINGS INC., LECHUZA INC., RHINEBECK MARKETING INC., RIDGELY MARKETING INC., SERVILLETA MARKETING INC., SUNOL CROSSING MARKETING INC., and GINA M. STAGNITTO (collectively "Counterclaim-Plaintiffs") hereby give notice of electronically

filing under seal exhibits 22 and 23 referenced in the Supplemental Declaration of Andrea Collver, and Exhibits 31–35 referenced in the Second Supplemental Declaration of Bradley O. Cebeci (Doc. No. 65-2). These exhibits were designated as confidential, but the no party moved to file the documents under seal within the time frame designated under the protective order entered in this case. (Doc. No. 18). As such, the Counterclaim-Plaintiffs file these attached documents in support of their Motion for Leave to File a Supplemental Memorandum in Support of Their Motion for Preliminary Injunction (Doc. No. 65).

Respectfully submitted,

*/s/ Alexander J. Durst*
Alexander J. Durst (0089819)
Anthony Maiorano (0100339)
THE DURST LAW FIRM
810 Sycamore St., 2nd Floor
Cincinnati, OH 45202
Tel: (513) 621-4999
Fax: (513) 621-0200
Email: alex@durstlawfirm.com

-and-

Eugene Rome (California Bar No. 232780)
(*admitted pro hac vice*)
Bradley O. Cebeci (California Bar No. 198163)
(*admitted pro hac vice*)
ROME & ASSOCIATES, A.P.C.
2029 Century Park East, Suite 450
Los Angeles, California 90067
Tel: (310) 282-0690
Email: erome@romeandassociates.com
   bcebeci@romeandassociates.com

*Attorneys for Defendants and Counterclaim/Crossclaim-Plaintiffs*