Exhibit 22
Confidential

|  |  |  | Sales Count | Sales Amount |
|---|---|---|---|---|
| **Grand Totals** |  |  | 144,300 | $ 3,973,730.57 |
|  |  |  | "IQ SALES" |  |
| **Merchant Name** | **Merchant DBA Name** | **Mid** | Sales Count | Sales Amount |
| Autumn Ridge Consulting Inc | 8332870261RdngExplrCS | 493 | 2,403 | $ 55,868.05 |
| Autumn Ridge Consulting Inc | 8332984413GmsForDysAst | 204 | 2,164 | $ 55,841.91 |
| Autumn Ridge Consulting Inc | 8332984415StrngAtHmHlp | 188 | 2,830 | $ 51,971.84 |
| Barnwell Terrace Inc | 8777673550FtLifFrMeHlp | 1701 | 4,025 | $ 96,410.16 |
| Barnwell Terrace Inc | 8777673604DigRdZonAsst | 1834 | 2,954 | $ 89,597.10 |
| Barnwell Terrace Inc | 8777673609BrnWrUSSppt | 1958 | 2,925 | $ 98,294.61 |
| Bowery Inc | 8002222724BDYSCLPTCS | 070 | 3,847 | $ 89,342.73 |
| Bowery Inc | 8668123028BSTAMUSACDCS | 7924 | 3,631 | $ 82,470.91 |
| Bowery Inc | 8668123029TRYBRNQIZAID | 149 | 2,764 | $ 75,044.06 |
| CASTLEWOOD CONSULTING INC | 8773293611TopVrtlPlyCS | 838 | 4,070 | $ 91,411.44 |
| CASTLEWOOD CONSULTING INC | 8773293650CrbrmChlgAid | 614 | 3,004 | $ 102,856.80 |
| CASTLEWOOD CONSULTING INC | 8773293709PassagPageCS | 903 | 3,735 | $ 110,497.18 |
| CLIFFSIDE MARKETING INC | 8668066168BESTTRAINAID | 1114 | 3,549 | $ 101,899.00 |
| CLIFFSIDE MARKETING INC | 8774944191GAMEGDTMEHLP | 1197 | 3,631 | $ 101,073.87 |
| CLIFFSIDE MARKETING INC | 8774944194BRNCHLNGEAID | 1486 | 3,208 | $ 101,468.05 |
| Crystal River Inc | 8774258094DIGIARCDSPRT | 7890 | 3,574 | $ 92,541.50 |
| Crystal River Inc | 8774258097TPCRBRMGMCS | 7916 | 3,730 | $ 87,781.71 |
| Crystal River, Inc. | 8886975392GLDTRFTFMM | 1827 | 3,651 | $ 90,293.65 |
| Duchess Consulting Inc | 8552484294DlyGamFunHlp | 663 | 4,103 | $ 104,649.19 |
| Duchess Consulting Inc | 8668122918JstBrnPzlSpt | 671 | 3,176 | $ 102,441.48 |
| Duchess Consulting Inc | 8668122919BkWrmPrsnAid | 762 | 3,826 | $ 104,589.94 |
| Eagle View Inc | 8774944243WEBGMSTMEAID | 7874 | 3,459 | $ 91,215.91 |
| Eagle View Inc | 8774944286BRNBLLTMSPRT | 7882 | 4,188 | $ 93,424.90 |
| Eagle View, Inc. | 8337116904HRWRRRSTLFT | 7866 | 3,921 | $ 92,984.19 |
| FIT MARKETING INC | 8772902441WlkngRdrSprt | 1123 | 3,664 | $ 109,196.46 |
| FIT MARKETING INC | 8775412850JnUsFrGmsHlp | 1990 | 3,670 | $ 104,012.72 |
| FIT MARKETING INC | 8775412859HldYrBrnSpCS | 1941 | 3,234 | $ 107,722.53 |
| Larkspur Springs Inc | 8668066073ChampTrnHelp | 1650 | 3,084 | $ 79,105.96 |
| Larkspur Springs Inc | 8774944306RdngTmBkAid | 1882 | 2,957 | $ 83,060.40 |
| Larkspur Springs Inc | 8776403989PlyYrGmsCS | 1817 | 3,547 | $ 90,048.62 |
| LECHUZA INC | 8886763380FITLYASSTNC | 9127 | 2,249 | $ 52,229.00 |
| Rhinebeck Marketing Inc | 8772472281HOTINSTRTRCS | 5076 | 3,296 | $ 89,624.59 |
| Rhinebeck Marketing Inc | 8775412890ONLGMSTNASST | 5084 | 3,601 | $ 97,837.57 |
| Rhinebeck Marketing Inc | 8775412899TBICHLLGASST | 806 | 3,992 | $ 101,692.16 |
| RIDGELY MARKETING INC | 8668150847RdngFrAllAst | 1973 | 3,783 | $ 101,144.92 |
| RIDGELY MARKETING INC | 8668151297TrnYrBrnLfCS | 3615 | 3,473 | $ 101,683.66 |
| RIDGELY MARKETING INC | 8778006603HldYrFitSpCs | 1965 | 3,008 | $ 98,565.35 |
| Servilleta Marketing Inc | 8667391479OnlnArcdHelp | 9788 | 3,206 | $ 101,937.89 |
| Servilleta Marketing Inc | 8774726972RivlWarrSprt | 1024 | 3,492 | $ 100,719.94 |
| Servilleta Marketing Inc | 8775412822SpcFrRdngHlp | 9754 | 3,561 | $ 102,162.51 |
| SUNOL CROSSING MARKETING | 8332870052SmrBdyAtHmCS | 138 | 3,212 | $ 102,086.92 |
| SUNOL CROSSING MARKETING INC | 8332228803ReadFrMeAsst | 484 | 2,509 | $ 93,190.58 |
| SUNOL CROSSING MARKETING INC | 8332870265WhsGameSppt | 435 | 2,394 | $ 93,738.61 |

| Chargeback Count | Chargeback Amount | Chargeback Fee | Chargeback Fee Total | Chargeback Count | Chargeback Amount |
|---:|---:|---:|---:|---:|---:|
| 13,838 | $ 707,137.40 | $ 880.00 | $ 989,332.40 | 11,604 | $ 611,983.80 |
|  | "IQ CHARGEBACK DISPUTES" |  |  |  | "IQ CHARGEBACK DIS |
| Chargeback Count | Chargeback Amount | Chargeback Fee | Chargeback Net Total | Chargeback Count | Chargeback Amount |
| 149 | $ 7,888.65 | $ 20.00 | $ 10,868.65 | 110 | $ 5,517.07 |
| 181 | $ 9,444.84 | $ 20.00 | $ 13,064.84 | 144 | $ 7,377.57 |
| 140 | $ 6,575.96 | $ 20.00 | $ 9,375.96 | 94 | $ 4,321.58 |
| 302 | $ 15,695.98 | $ 20.00 | $ 21,735.98 | 261 | $ 13,969.09 |
| 258 | $ 14,067.77 | $ 20.00 | $ 19,227.77 | 216 | $ 12,026.09 |
| 286 | $ 15,373.50 | $ 20.00 | $ 21,093.50 | 246 | $ 13,318.89 |
| 298 | $ 14,448.89 | $ 15.00 | $ 18,918.89 | 241 | $ 12,313.43 |
| 239 | $ 12,894.83 | $ 20.00 | $ 17,674.83 | 173 | $ 9,577.41 |
| 265 | $ 11,601.14 | $ 20.00 | $ 16,901.14 | 227 | $ 10,649.23 |
| 349 | $ 17,654.23 | $ 20.00 | $ 24,634.23 | 287 | $ 15,181.93 |
| 373 | $ 19,459.24 | $ 20.00 | $ 26,919.24 | 343 | $ 18,467.36 |
| 417 | $ 21,701.83 | $ 20.00 | $ 30,041.83 | 364 | $ 19,655.54 |
| 448 | $ 22,640.55 | $ 20.00 | $ 31,600.55 | 401 | $ 20,735.12 |
| 437 | $ 22,647.09 | $ 20.00 | $ 31,387.09 | 391 | $ 20,929.81 |
| 389 | $ 19,900.66 | $ 20.00 | $ 27,680.66 | 330 | $ 17,753.58 |
| 288 | $ 14,187.33 | $ 20.00 | $ 19,947.33 | 220 | $ 11,300.86 |
| 269 | $ 13,549.26 | $ 20.00 | $ 18,929.26 | 212 | $ 10,879.61 |
| 310 | $ 16,639.80 | $ 15.00 | $ 21,289.80 | 248 | $ 13,603.01 |
| 396 | $ 21,524.04 | $ 20.00 | $ 29,444.04 | 348 | $ 19,481.60 |
| 392 | $ 19,126.72 | $ 20.00 | $ 26,966.72 | 329 | $ 16,825.99 |
| 376 | $ 19,207.54 | $ 20.00 | $ 26,727.54 | 323 | $ 17,247.42 |
| 311 | $ 14,648.85 | $ 20.00 | $ 20,868.85 | 248 | $ 11,731.32 |
| 297 | $ 14,818.80 | $ 20.00 | $ 20,758.80 | 239 | $ 12,466.44 |
| 301 | $ 15,915.03 | $ 20.00 | $ 21,935.03 | 206 | $ 11,417.47 |
| 346 | $ 18,061.15 | $ 20.00 | $ 24,981.15 | 297 | $ 15,830.23 |
| 365 | $ 18,945.85 | $ 20.00 | $ 26,245.85 | 313 | $ 16,977.58 |
| 390 | $ 19,378.69 | $ 20.00 | $ 27,178.69 | 345 | $ 17,552.40 |
| 272 | $ 12,949.18 | $ 20.00 | $ 18,389.18 | 224 | $ 11,077.66 |
| 264 | $ 13,709.06 | $ 35.00 | $ 22,949.06 | 222 | $ 11,822.66 |
| 334 | $ 16,123.25 | $ 20.00 | $ 22,803.25 | 271 | $ 13,832.98 |
| 151 | $ 6,597.33 | $ 20.00 | $ 9,617.33 | 110 | $ 4,575.38 |
| 306 | $ 16,473.42 | $ 20.00 | $ 22,593.42 | 229 | $ 12,735.34 |
| 287 | $ 14,571.50 | $ 20.00 | $ 20,311.50 | 224 | $ 11,721.65 |
| 336 | $ 17,868.73 | $ 20.00 | $ 24,588.73 | 254 | $ 14,302.07 |
| 384 | $ 19,702.81 | $ 20.00 | $ 27,382.81 | 322 | $ 17,046.26 |
| 265 | $ 14,223.71 | $ 20.00 | $ 19,523.71 | 233 | $ 12,877.45 |
| 363 | $ 18,809.47 | $ 20.00 | $ 26,069.47 | 317 | $ 17,186.86 |
| 342 | $ 17,272.81 | $ 20.00 | $ 24,112.81 | 311 | $ 15,976.50 |
| 301 | $ 16,431.63 | $ 35.00 | $ 26,966.63 | 250 | $ 13,942.63 |
| 315 | $ 17,069.45 | $ 20.00 | $ 23,369.45 | 262 | $ 14,473.43 |
| 388 | $ 20,548.92 | $ 20.00 | $ 28,308.92 | 347 | $ 18,977.75 |
| 478 | $ 23,289.29 | $ 20.00 | $ 32,849.29 | 428 | $ 21,806.73 |
| 480 | $ 23,498.62 | $ 20.00 | $ 33,098.62 | 444 | $ 22,520.82 |

| Chargeback Fee | Chargeback Fee Total | CB'S ACH | CB'S Pending to be ACH | Last CB Date | Closing % |
|---|---|---|---|---|---|
| | $ 848,698.80 | 85,814 | $ 762,971.43 | - | |
| "DISPUTES AFTER 08/21/20" | | | "CHECK COMMERCE ACH" | | |
| Chargeback Fee | Chargeback Net Total | CB'S ACH | CB'S Pending to be ACH | Last CB Date | Closing % |
| $ 20.00 | $ 7,717.07 | | $ 7,717.07 | 12/13/2020 | 10% |
| $ 20.00 | $ 10,257.57 | | $ 10,344.18 | 1/30/2021 | 10% |
| $ 20.00 | $ 6,201.58 | $ 3,158.90 | $ 3,042.68 | 11/17/2020 | 10% |
| $ 20.00 | $ 19,189.09 | | $ 19,189.09 | 12/21/2020 | 10% |
| $ 20.00 | $ 16,346.09 | $ 6,413.73 | $ 9,932.36 | 12/18/2020 | 10% |
| $ 20.00 | $ 18,238.89 | | $ 18,238.89 | 12/17/2020 | 10% |
| $ 15.00 | $ 15,928.43 | | $ 15,928.43 | 12/15/2020 | 20% |
| $ 20.00 | $ 13,037.41 | $ 4,450.17 | $ 8,587.24 | 12/11/2020 | 10% |
| $ 20.00 | $ 15,189.23 | | $ 15,189.23 | 12/9/2020 | 10% |
| $ 20.00 | $ 20,921.93 | $ 10,857.25 | $ 10,064.68 | 12/19/2020 | 10% |
| $ 20.00 | $ 25,327.36 | | $ 25,327.36 | 2/12/2021 | 10% |
| $ 20.00 | $ 26,935.54 | | $ 26,935.54 | 12/16/2020 | 10% |
| $ 20.00 | $ 28,755.12 | | $ 28,755.12 | 12/14/2020 | 10% |
| $ 20.00 | $ 28,749.81 | | $ 28,749.81 | 12/12/2020 | 10% |
| $ 20.00 | $ 24,353.58 | $ 6,468.12 | $ 17,885.46 | 12/17/2020 | 10% |
| $ 20.00 | $ 15,700.86 | | $ 15,700.86 | 12/18/2020 | 10% |
| $ 20.00 | $ 15,119.61 | $ 2,658.66 | $ 12,460.95 | 12/12/2020 | 10% |
| $ 15.00 | $ 17,323.01 | | $ 17,323.01 | 12/17/2020 | 10% |
| $ 20.00 | $ 26,441.60 | | $ 26,441.60 | 12/16/2020 | 10% |
| $ 20.00 | $ 23,405.99 | | $ 23,405.99 | 12/10/2020 | 10% |
| $ 20.00 | $ 23,707.42 | $ 8,415.38 | $ 15,292.04 | 12/18/2020 | 10% |
| $ 20.00 | $ 16,691.32 | | $ 16,691.32 | 12/10/2020 | 10% |
| $ 20.00 | $ 17,246.44 | $ 3,393.61 | $ 13,852.83 | 12/17/2020 | 10% |
| $ 20.00 | $ 15,537.47 | | $ 15,537.47 | 12/6/2020 | 10% |
| $ 20.00 | $ 21,770.23 | $ 2,117.07 | $ 19,653.16 | 12/12/2020 | 10% |
| $ 20.00 | $ 23,237.58 | | $ 23,237.58 | 12/15/2020 | 10% |
| $ 20.00 | $ 24,452.40 | | $ 24,452.40 | 12/15/2020 | 10% |
| $ 20.00 | $ 15,557.66 | | $ 15,557.66 | 12/3/2020 | 10% |
| $ 35.00 | $ 19,592.66 | $ 6,566.18 | $ 13,026.48 | 12/15/2020 | 10% |
| $ 20.00 | $ 19,252.98 | | $ 19,252.98 | 12/10/2020 | 10% |
| $ 20.00 | $ 6,775.38 | $ 460.82 | $ 6,314.56 | 12/3/2020 | 10% |
| $ 20.00 | $ 17,315.34 | | $ 17,315.34 | 12/22/2020 | 10% |
| $ 20.00 | $ 16,201.65 | $ 8,762.21 | $ 7,439.44 | 12/16/2020 | 10% |
| $ 20.00 | $ 19,382.07 | | $ 19,382.07 | 12/4/2020 | 10% |
| $ 20.00 | $ 23,486.26 | | $ 23,486.26 | 12/4/2020 | 10% |
| $ 20.00 | $ 17,537.45 | $ 10,656.39 | $ 6,881.06 | 12/16/2020 | 10% |
| $ 20.00 | $ 23,526.86 | | $ 23,526.86 | 12/20/2020 | 10% |
| $ 20.00 | $ 22,196.50 | | $ 22,196.50 | 12/18/2020 | 10% |
| $ 35.00 | $ 22,692.63 | $ 8,407.62 | $ 14,285.01 | 12/9/2020 | 10% |
| $ 20.00 | $ 19,713.43 | | $ 19,713.43 | 12/9/2020 | 10% |
| $ 20.00 | $ 25,917.75 | $ 3,027.87 | $ 22,889.88 | 12/18/2020 | 10% |
| $ 20.00 | $ 30,366.73 | | $ 30,366.73 | 12/18/2020 | 10% |
| $ 20.00 | $ 31,400.82 | | $ 31,400.82 | 12/11/2020 | 10% |

| Total Reserves Difference at Closing % | Total Reserves | Total Funding owed | Funding owed minus CB'S | Reserve minus CB'S |
|---:|---:|---:|---:|---:|
| $ 404,179.34 | $ 405,243.34 | $ 1,036,416.97 | $ 273,445.54 | $ (357,728.09) |
| **Total Reserves Difference at Closing %** | **total Reserves** | **Total Funding owed** | **Funding owed minus CB'S** | **Total Remaining Reserve** |
| $ 5,586.81 | $ 5,586.81 | $ 9,947.85 | $ 2,230.78 | $ (2,130.26) |
| $ 5,584.19 | $ 5,584.19 | $ 9,727.37 | $ (616.81) | $ (4,759.99) |
| $ 5,197.18 | $ 5,197.18 | $ 7,652.96 | $ 4,610.28 | $ 2,154.50 |
| $ 9,641.02 | $ 9,641.02 | $ 26,307.90 | $ 7,118.81 | $ (9,548.07) |
| $ 8,959.71 | $ 8,959.71 | $ 25,876.03 | $ 15,943.67 | $ (972.65) |
| $ 9,829.46 | $ 9,829.46 | $ 30,856.56 | $ 12,617.67 | $ (8,409.43) |
| $ 15,740.56 | $ 16,804.55 | $ 18,420.02 | $ 2,491.59 | $ 876.12 |
| $ 8,247.09 | $ 8,247.09 | $ 19,897.68 | $ 11,310.44 | $ (340.15) |
| $ 7,504.41 | $ 7,504.41 | $ 22,791.06 | $ 7,601.83 | $ (7,684.82) |
| $ 9,141.14 | $ 9,141.14 | $ 25,395.41 | $ 15,330.73 | $ (923.54) |
| $ 10,285.68 | $ 10,285.68 | $ 25,960.21 | $ 632.85 | $ (15,041.68) |
| $ 11,049.72 | $ 11,049.72 | $ 24,600.03 | $ (2,335.51) | $ (15,885.82) |
| $ 10,189.90 | $ 10,189.90 | $ 29,280.34 | $ 525.22 | $ (18,565.22) |
| $ 10,107.39 | $ 10,107.39 | $ 27,338.58 | $ (1,411.23) | $ (18,642.42) |
| $ 10,146.81 | $ 10,146.81 | $ 25,630.74 | $ 7,745.28 | $ (7,738.65) |
| $ 9,254.15 | $ 9,254.15 | $ 25,928.98 | $ 10,228.12 | $ (6,446.71) |
| $ 8,778.17 | $ 8,778.17 | $ 21,729.66 | $ 9,268.71 | $ (3,682.78) |
| $ 9,029.37 | $ 9,029.37 | $ 23,392.98 | $ 6,069.97 | $ (8,293.64) |
| $ 10,464.92 | $ 10,464.92 | $ 26,530.95 | $ 89.35 | $ (15,976.68) |
| $ 10,244.15 | $ 10,244.15 | $ 20,278.81 | $ (3,127.18) | $ (13,161.84) |
| $ 10,458.99 | $ 10,458.99 | $ 23,514.00 | $ 8,221.96 | $ (4,833.05) |
| $ 9,121.59 | $ 9,121.59 | $ 24,294.52 | $ 7,603.20 | $ (7,569.73) |
| $ 9,342.49 | $ 9,342.49 | $ 25,094.39 | $ 11,241.56 | $ (4,510.34) |
| $ 9,298.42 | $ 9,298.42 | $ 24,797.24 | $ 9,259.77 | $ (6,239.05) |
| $ 10,919.65 | $ 10,919.65 | $ 29,483.91 | $ 9,830.75 | $ (8,733.51) |
| $ 10,401.27 | $ 10,401.27 | $ 28,007.87 | $ 4,770.29 | $ (12,836.31) |
| $ 10,772.25 | $ 10,772.25 | $ 30,339.62 | $ 5,887.22 | $ (13,680.15) |
| $ 7,910.60 | $ 7,910.60 | $ 26,546.17 | $ 10,988.51 | $ (7,647.06) |
| $ 8,306.04 | $ 8,306.04 | $ 29,271.53 | $ 16,245.05 | $ (4,720.44) |
| $ 9,004.86 | $ 9,004.86 | $ 27,537.23 | $ 8,284.25 | $ (10,248.12) |
| $ 5,222.90 | $ 5,222.90 | $ 8,938.62 | $ 2,624.06 | $ (1,091.66) |
| $ 8,962.46 | $ 8,962.46 | $ 25,587.53 | $ 8,272.19 | $ (8,352.88) |
| $ 9,783.76 | $ 9,783.76 | $ 25,839.16 | $ 18,399.72 | $ 2,344.32 |
| $ 10,169.22 | $ 10,169.22 | $ 26,420.21 | $ 7,038.14 | $ (9,212.85) |
| $ 10,114.49 | $ 10,114.49 | $ 26,303.12 | $ 2,816.86 | $ (13,371.77) |
| $ 10,168.37 | $ 10,168.37 | $ 23,238.98 | $ 16,357.92 | $ 3,287.31 |
| $ 9,856.54 | $ 9,856.54 | $ 27,235.42 | $ 3,708.56 | $ (13,670.33) |
| $ 10,193.79 | $ 10,193.79 | $ 28,972.84 | $ 6,776.34 | $ (12,002.71) |
| $ 10,071.99 | $ 10,071.99 | $ 28,575.27 | $ 14,290.26 | $ (4,213.02) |
| $ 10,216.25 | $ 10,216.25 | $ 30,500.41 | $ 10,786.98 | $ (9,497.18) |
| $ 10,208.69 | $ 10,208.69 | $ 25,372.78 | $ 2,482.90 | $ (12,681.19) |
| $ 9,319.06 | $ 9,319.06 | $ 18,105.87 | $ (12,260.86) | $ (21,047.67) |
| $ 9,373.86 | $ 9,373.86 | $ 24,896.16 | $ (6,504.66) | $ (22,026.96) |

| Grand Total Balance |
|---|
| $ 678,688.88 |

| Grand Total Balance |
|---|
| $ 7,817.59 |
| $ 4,967.38 |
| $ 9,807.46 |
| $ 16,759.83 |
| $ 24,903.38 |
| $ 22,447.13 |
| $ 19,296.14 |
| $ 19,557.53 |
| $ 15,106.24 |
| $ 24,471.87 |
| $ 10,918.53 |
| $ 8,714.21 |
| $ 10,715.12 |
| $ 8,696.16 |
| $ 17,892.09 |
| $ 19,482.27 |
| $ 18,046.88 |
| $ 15,099.34 |
| $ 10,554.27 |
| $ 7,116.97 |
| $ 18,680.95 |
| $ 16,724.79 |
| $ 20,584.05 |
| $ 18,558.19 |
| $ 20,750.40 |
| $ 15,171.56 |
| $ 16,659.47 |
| $ 18,899.11 |
| $ 24,551.09 |
| $ 17,289.11 |
| $ 7,846.96 |
| $ 17,234.65 |
| $ 28,183.48 |
| $ 17,207.36 |
| $ 12,931.35 |
| $ 26,526.29 |
| $ 13,565.10 |
| $ 16,970.13 |
| $ 24,362.25 |
| $ 21,003.23 |
| $ 12,691.59 |
| $ (2,941.80) |
| $ 2,869.20 |

Exh_22_005