Exhibit 23
Confidential

| Report Name | DIMS.pdf | DIMS SUMMARY REPORT | Dims Full Balance Report.xls | IBP_Compare_5.3.21.xls | Notes |
|---|---|---|---|---|---|
| Report Date | Feb-21 | May-21 | Oct-21 | Feb-21 | |
| Report Creator | IBP | IBP | IBP | DIMS | |
| **Gross Total Processing** | $ 4,155,330.37 | $ 3,973,730.57 | $ 3,973,730.57 | $ 4,155,330.37 | The February report assessed the reserve held on the gross processing. This is how the fees and reserve were assessed while processing. The May and October reports assess the reserve based on the sales transaction value, less refunds, for each processing day. |
| *IQ CHARGEBACK DISPUTES AFTER 08/21/20* | | | | | |
| Chargeback Value | $ (611,877.46) | $ (611,983.80) | $ (611,983.80) | $ (611,903.41) | All reported values of **total chargebacks** that occurred from 8/21/2020 through February 2021 come within a very small margin of difference |
| Chargeback Fee | $ (236,645.00) | $ (236,715.00) | $ (236,715.00) | $ (236,404.00) | All reported values of **total chargeback fees** that occurred from 8/21/2020 through February 2021 come within a very small margin of difference |
| **Total Chargeback debits** | $ (848,522.46) | $ (848,698.80) | $ (848,698.80) | $ (848,307.41) | |
| Chargebacks the were debited from Merchant DDA | $ 85,813.98 | $ 85,813.98 | $ 85,813.98 | $ 85,813.98 | All three reports agree on the amount of chargebacks debited directly from the Sub-Merchants' bank accounts post-termination. |
| CBs and Fee from "8.24 TRANS" that were already accounted for | $ - | $ - | $ - | $ 45,619.49 | All funds for sales batches submitted between 8/21 and 8/25 are reflected in two deposits on 8/24/2020 and 8/25/2020 respectively. The amount of money being reported in the "Total Funding Owed" section is a net total, which reflects funds owing after deduction of all refunds, reserve, chargebacks, chargeback fees and processing fees. These chargeback amounts and fees are already accounted for in the total chargeback value and chargeback fee totals. Accordingly, I have added the chargeback amounts and fee totals back in to avoid double-billing. |
| CBs and Fee from "8.25 TRANS" that were already accounted for | $ - | $ - | $ - | $ 18,696.40 | |
| CBs and Fees from missing batch for 8/25/2020 Sales | $ - | $ - | $ - | $ 22,492.48 | I have confirmed based on the Worldpay settlement reporting that Worldpay did receive and fund the batch that has been labeled "8/25/2020 Missing batch". I have accounted for the estimated net value of this batch below, in cell E20 "Estimated Net Amount from Missing Batch". Because the net amount is being used, I have added back in the chargeback value and chargeback fees to avoid double-billing. |
| **Total NET Amount Due for Chargebacks** | $ (762,708.48) | $ (762,945.42) | $ (762,971.43) | $ (675,685.06) | |
| **Reserve from Processing** | $ 416,041.91 | $ 405,243.34 | $ 405,243.34 | $ 415,533.04 | The February report assesses the reserve as 10% of **gross sales**, which is how the reserve was assessed during processing and is consistent with merchant's own numbers. The May and October reports assess the reserve as 10% of **net sales after deducting all refunds**, and therefore understate the reserve. |
| "Total Funding Owed" | $ 1,036,416.91 | $ 1,036,416.97 | $ 1,036,416.97 | $ 1,036,416.91 | All three reports agree on this number, which is the net amount of the two deposit days that were held by IBP on 8/24/2020 amd 8/25/2020. |
| Estimated Net Amount from Missing Batch | $ - | $ 105,483.70 | $ - | $ 103,880.69 | The May report references a "Total Funding owed Reserve" which I believe is the amount that is due to Sub-Merchants from the missing batch from transaction day 8/25/2020 that was confirmed as paid by Worldpay per its settlement report. |
| **TOTAL RESERVE AMOUNT** | $ 1,452,458.82 | $ 1,547,144.00 | $ 1,441,660.31 | $ 1,555,830.64 | The variance here is due to the missing batch, which I believe IBP did acknowledge in the May report. |
| **Total Funding DUE to Sub-Merchants** | $ 689,750.34 | $ 784,198.58 | $ 678,688.88 | $ 880,145.58 | Sub-Merchants are due $880,145.58. This accounts for total reserve and held funds of $1,555,830.64, less all chargebacks that did not debit the Sub-Merchants' bank accounts or held batches for a total of $675,685.06. Because IBP failed to properly account for chargebacks and held batches, IBP's calculation of the net amount due to Sub-Merchants is incorrect. |