## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| INTEGRITY BUSINESS PARTNERS, LLC,<br><br>**Plaintiff,**<br><br>v.<br><br>AUTUMN RIDGE CONSULTING INC., et al.,<br><br>**Defendants.** | Case No. 1:21-cv-00162<br><br>Judge: Michael R. Barrett |
| AUTUMN RIDGE CONSULTING INC., et al.,<br><br>**Counterclaim/Crossclaim-Plaintiffs,**<br><br>v.<br><br>INTEGRITY BUSINESS PARTNERS LLC, et al.,<br><br>**Counterclaim/Crossclaim-Defendants.** | |

**PLAINTIFF/COUNTERCLAIM DEFENDANT INTEGRITY BUSINESS PARTNERS, LLC'S RESPONSES TO DEFENDANTS/COUNTERCLAIM PLAINTIFFS' FIRST SET OF INTERROGATORIES**

Now comes Plaintiff Integrity Business Partners, LLC ("Plaintiff"), and presents its responses to the Requests for Production of Documents of Defendants/Counterclaim Plaintiffs Autumn Ridge Consulting Inc. ("Defendant") as follows:

1. State the total amount of all funds received by IBP from Defendants Worldpay, LLC and/or Fifth Third Bank ("WP/FTB") in connection with Sub-Merchants' processing activity under the Merchant Processing Agreements ("MPA") as attached to the Answer, Counterclaim, and Crossclaim. (Doc # 2-1 PageID ## 103-317 and Doc # 2-2 PageID ## 318-333).

**ANSWER:** $5,067,693.18

2. State the name of the bank, the location of the bank, the beneficiary name, the account number, and the current account balance for each bank account through which IBP has held any funds it received (a) from WP/FTB in connection with Sub-Merchants' processing activity under the MPA, or (b) from Stagnitto.

**ANSWER:** **BBVA, 2277 Watt Ave, Sacramento, CA 95825 IBP PayFac Operating Account 7575. Integrity Business Partners and Raymond Zak was the beneficiary.**

3. Identify the name of the bank, the location of the bank, the beneficiary name and the account number for each bank account to which IBP has transferred funds it received (a) from WP/FTB in connection with Sub-Merchants' processing activity under the MPA, or (b) from Stagnitto, and further identify the date, time and amount of each transfer of funds of Sub-Merchant or Stagnitto on an item-by-item basis; and

**ANSWER:** **BBVA, 2277 Watt Ave, Sacramento, CA 95825 IBP PayFac Operating Account 7575. Integrity Business Partners and Raymond Zak was the beneficiary.**

4. Provide a detailed ledger of IBP's handling of all funds received by IBP (a) from WP/FTB in connection with Sub-Merchants' processing activity under the MPA, or (b) from Stagnitto, and (c) including all debits to such amounts for fees, chargebacks, refunds and all disbursements to Sub-Merchants/Stagnitto, from the start of processing through the present, on an item-by-item basis."

**ANSWER:** See attached Excel Spreadsheet labeled "Rog 4."

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served via electronic mail to Brad Cebeci, Eq., Alexander J. Durst, Esq., and Stephen Weigand, Esq.counsel for Defendants, on September 15, 2021.

*/s/ James J. Birch, Esq.*
James J. Birch (0089819)
ROLFES HENRY CO., LPA
600 Vine Street, Suite 2600
Cincinnati, OH 45202
Tel: (513) 579-0080
Fax: (513) 579-0222
Email: jbirch@rolfeshenry.com
*Attorney for Plaintiff*