**Integrity Business Partners - Payfac Operating Transactions**
**Account QuickReport**
All Dates

| Date | Transaction Type | Num | Name | Memo/Description | Account | Clr | Amount | Balance |
|---|---|---|---|---|---|---|---|---|

**CLOSED - PayFac Operating *7575**

**[ADDITIONAL TRANSACTIONS REDACTED]**

| 12/07/2020 | Transfer | | | | CLOSED - PayFac Operating *7575 | R | -830,500.00 | -830,995.80 |
| 12/07/2020 | Deposit | | WP PayFac | | CLOSED - PayFac Operating *7575 | R | 831,000.00 | 4.20 |

**[ADDITIONAL TRANSACTIONS REDACTED]**