Page 1 of 8
Primary Account: ███7575
Beginning September 1, 2020 - Ending September 30, 2020          30



Exhibit 33
Confidential

21
PC

INTEGRITY  BUSINESS  PARTNERS  LLC
2355  GOLD  MEADOW  WAY  STE  215
GOLD  RIVER  CA  95670

## Contacting  Us

Available by phone  24/7

Phone      1-800-266-7277

Online     bbvausa.com

Write       BBVA
                Customer  Service
                P.O.  Box 10566
                Birmingham,  AL 35296

# Summary  of Accounts

## Deposit  Accounts/  Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| BUSINESS  CONNECT  CHECKING | ███7575 | $116,864.16 | $0.00 |
| **Total Deposit  Accounts** | | **$116,864.16** | **$0.00** |

Page 2 of 8
Primary Account: ████ 7575
Beginning September 1, 2020 - Ending September 30, 2020      30



# BUSINESS  CONNECT  CHECKING

Account Number: ████ 7575 - INTEGRITY BUSINESS PARTNERS LLC

## Activity Summary

| | |
|---|---|
| Beginning Balance on 9/1/20 | $116,864.16 |
| Deposits/Credits (25) | + $453,099.69 |
| Withdrawals/Debits (117) | - $569,963.85 |
| **Ending Balance on 9/30/20** | **$0.00** |

## Transaction History

| Date * | Check/ Serial # | Description | Deposits/ Credits | Withdrawals/ Debits | End of Day Balance |
|---|---|---|---|---|---|
| 9/1 | | DEBIT FOR  5/3 BANKCARD SYS CRED FEES CO REF- CHAIN 01638W | | $502.86 | |
| 9/1 | | DEBIT FOR  5/3 BANKCARD SYS CREDIT EXC CO REF- CHAIN 01638W | | $8,503.34 | |
| 9/1 | | DEBIT FOR  5/3 BANKCARD SYS CRED FEES CO REF- CHAIN 01638W | | $376.15 | |
| 9/1 | | INCOMING WIRE REF 20200901F2QCZ60C00331409011343FT03       ORG SOUTH UNION ACCOUN | $75,000.00 | | |
| 9/1 | | INCOMING WIRE REF 20200901F2QCZ60C00380109011440FT03       ORG SOUTH UNION ACCOUN | $25,000.00 | | |
| 9/1 | | INSUFFICIENT FUNDS-RETURNED ITEM $29,934 .43 DEBIT FOR  5/3 BANKCARD SYS CREDIT EX C CO REF- CHAIN 01638W | | $32.00 | $207,449.81 |
| 9/2 | | DEBIT FOR  5/3 BANKCARD SYS CRED FEES CO REF- CHAIN 01638W | | $441.35 | |
| 9/2 | | DEBIT FOR  5/3 BANKCARD SYS CRED FEES CO REF- CHAIN 01638W | | $710.08 | |
| 9/2 | | DEBIT FOR  5/3 BANKCARD SYS CREDIT EXC CO REF- CHAIN 01638W | | $8,962.49 | |
| 9/2 | | CREDIT FOR INTEGRITY PV94  8889309057 CO REF- | $8,012.30 | | $205,348.19 |
| 9/3 | | DEBIT FOR  VANTIVECOMMERCE FUNDS DISB CO REF- 27500818751347 | | $1,051.00 | |
| 9/3 | | DEBIT FOR  5/3 BANKCARD SYS CRED FEES CO REF- CHAIN 01638W | | $781.40 | |
| 9/3 | | DEBIT FOR  5/3 BANKCARD SYS CRED FEES CO REF- CHAIN 01638W | | $202.10 | |
| 9/3 | | DEBIT FOR  5/3 BANKCARD SYS CREDIT EXC CO REF- CHAIN 01638W | | $19,238.24 | |
| 9/3 | | ONLINE OR MOBILE WIRE TRANSFER  REF 20200903F2QCZ60C001805    BNF TWENTY TWENTY EYES | | $1,954.36 | |
| 9/3 | | CREDIT FOR INTEGRITY PV95  8889309057 CO REF- | $7,269.13 | | $189,390.22 |
| 9/4 | | CREDIT FOR INTEGRITY PV9T  8889309057 CO REF- | $35.00 | | |
| 9/4 | | DEBIT FOR  5/3 BANKCARD SYS CRED FEES CO REF- CHAIN 01638W | | $494.08 | |
| 9/4 | | DEBIT FOR  5/3 BANKCARD SYS CRED FEES CO REF- CHAIN 01638W | | $263.21 | |

Primary Account: ████7575

**BBVA**

Beginning September 1, 2020 - Ending September 30, 2020                30

| Date * | Check/ Serial # | Description | Deposits/ Credits | Withdrawals/ Debits | End of Day Balance |
|---|---|---|---|---|---|
| 9/4 | | DEBIT FOR 5/3 BANKCARD SYS CREDIT EXC CO REF- CHAIN 01638W | | $49,106.39 | |
| 9/4 | | CREDIT FOR INTEGRITY PV96 8889309057 CO REF- | $6,541.43 | | $146,102.97 |
| 9/8 | | DEBIT FOR VANTIVECOMMERCE FUNDS DISB CO REF- 27500821679840 | | $25.85 | |
| 9/8 | | DEBIT FOR 5/3 BANKCARD SYS CRED FEES CO REF- CHAIN 01638W | | $358.79 | |
| 9/8 | | DEBIT FOR 5/3 BANKCARD SYS CRED FEES CO REF- CHAIN 01638W | | $1,219.39 | |
| 9/8 | | DEBIT FOR 5/3 BANKCARD SYS CRED FEES CO REF- CHAIN 01638W | | $331.62 | |
| 9/8 | | DEBIT FOR 5/3 BANKCARD SYS CREDIT EXC CO REF- CHAIN 01638W | | $22,930.74 | |
| 9/8 | | DEBIT FOR 5/3 BANKCARD SYS CRED FEES CO REF- CHAIN 01638W | | $343.77 | |
| 9/8 | | DEBIT FOR 5/3 BANKCARD SYS CRED FEES CO REF- CHAIN 01638W | | $335.88 | |
| 9/8 | | DEBIT FOR 5/3 BANKCARD SYS CRED FEES CO REF- CHAIN 01638W | | $274.26 | |
| 9/8 | | DEBIT FOR 5/3 BANKCARD SYS CREDIT EXC CO REF- CHAIN 01638W | | $20,069.17 | |
| 9/8 | | DEBIT FOR 5/3 BANKCARD SYS CRED FEES CO REF- CHAIN 01638W | | $308.20 | |
| 9/8 | | DEBIT FOR 5/3 BANKCARD SYS CREDIT EXC CO REF- CHAIN 01638W | | $19,275.87 | |
| 9/8 | | DEBIT FOR 5/3 BANKCARD SYS CRED FEES CO REF- CHAIN 01638W | | $163.86 | |
| 9/8 | | DEBIT FOR 5/3 BANKCARD SYS CREDIT EXC CO REF- CHAIN 01638W | | $6,483.17 | |
| 9/8 | | CREDIT FOR INTEGRITY PV93 8889309057 CO REF- | $17,667.55 | | |
| 9/8 | | CREDIT FOR INTEGRITY PV93 8889309057 CO REF- | $4,117.90 | | $95,767.85 |
| 9/9 | | DEBIT FOR VANTIVECOMMERCE FUNDS DISB CO REF- 27500823428642 | | $50.70 | |
| 9/9 | | CREDIT FOR INTEGRITY PV9T 8889309057 CO REF- | $35.00 | | |
| 9/9 | | DEBIT FOR 5/3 BANKCARD SYS CRED FEES CO REF- CHAIN 01638W | | $84.37 | |
| 9/9 | | DEBIT FOR 5/3 BANKCARD SYS CREDIT EXC CO REF- CHAIN 01638W | | $6,807.66 | |
| 9/9 | | DEBIT FOR 5/3 BANKCARD SYS CRED FEES CO REF- CHAIN 01638W | | $369.01 | |
| 9/9 | | CREDIT FOR INTEGRITY PV94 8889309057 CO REF- | $3,823.84 | | $92,314.95 |
| 9/10 | | DEBIT FOR VANTIVECOMMERCE FUNDS DISB CO REF- 27500825331943 | | $2.00 | |
| 9/10 | | DEBIT FOR 5/3 BANKCARD SYS CRED FEES CO REF- CHAIN 01638W | | $185.70 | |
| 9/10 | | DEBIT FOR 5/3 BANKCARD SYS CREDIT EXC CO REF- CHAIN 01638W | | $5,360.90 | |
| 9/10 | | DEBIT FOR 5/3 BANKCARD SYS CRED FEES CO REF- CHAIN 01638W | | $451.84 | |
| 9/10 | | CREDIT FOR INTEGRITY PV95 8889309057 CO REF- | $5,853.75 | | |

Page 4 of 8
Primary Account: ████7575
Beginning September 1, 2020 - Ending September 30, 2020                30

 BBVA

| Date * | Check/Serial # | Description | Deposits/Credits | Withdrawals/Debits | End of Day Balance |
|---|---|---|---|---|---|
| 9/10 | | INSUFFICIENT FUNDS-RETURNED ITEM $162,945.98 DEBIT FOR FIFTH THIRD ACH MPS BILLNG CO REF- 01638W | | $32.00 | $92,136.26 |
| 9/11 | | DEBIT FOR VANTIVECOMMERCE FUNDS DISB CO REF- 27500826725747 | | $49.75 | |
| 9/11 | | CREDIT FOR INTEGRITY PV9T 8889309057 CO REF- | $35.00 | | |
| 9/11 | | DEBIT FOR 5/3 BANKCARD SYS CRED FEES CO REF- CHAIN 01638W | | $778.51 | |
| 9/11 | | DEBIT FOR 5/3 BANKCARD SYS CRED FEES CO REF- CHAIN 01638W | | $125.66 | |
| 9/11 | | DEBIT FOR 5/3 BANKCARD SYS CREDIT EXC CO REF- CHAIN 01638W | | $16,420.43 | |
| 9/11 | | CREDIT FOR INTEGRITY PV96 8889309057 CO REF- | $8,042.95 | | $82,839.86 |
| 9/14 | | DEBIT FOR VANTIVECOMMERCE FUNDS DISB CO REF- 27500828108348 | | $20.85 | |
| 9/14 | | DEBIT FOR 5/3 BANKCARD SYS CRED FEES CO REF- CHAIN 01638W | | $344.08 | |
| 9/14 | | DEBIT FOR 5/3 BANKCARD SYS CRED FEES CO REF- CHAIN 01638W | | $741.15 | |
| 9/14 | | DEBIT FOR 5/3 BANKCARD SYS CREDIT EXC CO REF- CHAIN 01638W | | $10,064.05 | |
| 9/14 | | DEBIT FOR 5/3 BANKCARD SYS CRED FEES CO REF- CHAIN 01638W | | $76.60 | |
| 9/14 | | DEBIT FOR 5/3 BANKCARD SYS CRED FEES CO REF- CHAIN 01638W | | $17.95 | |
| 9/14 | | DEBIT FOR 5/3 BANKCARD SYS CRED FEES CO REF- CHAIN 01638W | | $175.60 | |
| 9/14 | | DEBIT FOR 5/3 BANKCARD SYS CREDIT EXC CO REF- CHAIN 01638W | | $13,063.39 | |
| 9/14 | | DEBIT FOR 5/3 BANKCARD SYS CRED FEES CO REF- CHAIN 01638W | | $242.81 | |
| 9/14 | | DEBIT FOR 5/3 BANKCARD SYS CREDIT EXC CO REF- CHAIN 01638W | | $14,095.63 | |
| 9/14 | | CREDIT FOR INTEGRITY PV92 8889309057 CO REF- | $12,579.15 | | $56,576.90 |
| 9/15 | | DEBIT FOR VANTIVECOMMERCE FUNDS DISB CO REF- 27500829701042 | | $40.65 | |
| 9/15 | | DEBIT FOR 5/3 BANKCARD SYS CRED FEES CO REF- CHAIN 01638W | | $295.51 | |
| 9/15 | | DEBIT FOR 5/3 BANKCARD SYS CREDIT EXC CO REF- CHAIN 01638W | | $4,641.39 | |
| 9/15 | | DEBIT FOR 5/3 BANKCARD SYS CRED FEES CO REF- CHAIN 01638W | | $25.49 | |
| 9/15 | | AUG INCOMING WIRE TRANSFER | | $105.00 | |
| 9/15 | | AUG ONLINE WIRE TRANSFER | | $735.00 | |
| 9/15 | | CREDIT FOR INTEGRITY PV93 8889309057 CO REF- | $2,512.71 | | |
| 9/15 | | INSUFFICIENT FUNDS-RETURNED ITEM $162,945.98 DEBIT FOR FIFTH THIRD ACH RETRY PYM T CO REF- 01638W | | $32.00 | $53,214.57 |
| 9/16 | | DEBIT FOR VANTIVECOMMERCE FUNDS DISB CO REF- 27500831367840 | | $3.00 | |
| 9/16 | | DEBIT FOR 5/3 BANKCARD SYS CRED FEES CO REF- CHAIN 01638W | | $113.98 | |

Page 5 of 8
Primary Account: ■■■■■7575
Beginning September 1, 2020 - Ending September 30, 2020          30

**BBVA**

| Date * | Check/ Serial # | Description | Deposits/ Credits | Withdrawals/ Debits | End of Day Balance |
|--------|-----------------|-------------|-------------------|---------------------|--------------------|
| 9/16 | | DEBIT FOR  5/3 BANKCARD SYS CRED FEES  CO REF- CHAIN 01638W | | $87.50 | |
| 9/16 | | DEBIT FOR  5/3 BANKCARD SYS CREDIT EXC CO REF- CHAIN 01638W | | $6,184.14 | |
| 9/16 | | CREDIT FOR INTEGRITY PV94   8889309057  CO REF- | $2,875.48 | | $49,701.43 |
| 9/17 | | DEBIT FOR  VANTIVECOMMERCE FUNDS DISB CO REF- 27500832844243 | | $22.80 | |
| 9/17 | | DEBIT FOR  5/3 BANKCARD SYS CRED FEES  CO REF- CHAIN 01638W | | $1,154.29 | |
| 9/17 | | DEBIT FOR  5/3 BANKCARD SYS CRED FEES  CO REF- CHAIN 01638W | | $76.04 | |
| 9/17 | | DEBIT FOR  5/3 BANKCARD SYS CREDIT EXC CO REF- CHAIN 01638W | | $11,198.70 | |
| 9/17 | | CREDIT FOR INTEGRITY PV95   8889309057  CO REF- | $4,592.87 | | $41,842.47 |
| 9/18 | | DEBIT FOR  VANTIVECOMMERCE FUNDS DISB CO REF- 27500834291849 | | $14.35 | |
| 9/18 | | DEBIT FOR  5/3 BANKCARD SYS CRED FEES  CO REF- CHAIN 01638W | | $75.06 | |
| 9/18 | | DEBIT FOR  5/3 BANKCARD SYS CRED FEES  CO REF- CHAIN 01638W | | $150.51 | |
| 9/18 | | DEBIT FOR  5/3 BANKCARD SYS CREDIT EXC CO REF- CHAIN 01638W | | $8,198.29 | |
| 9/18 | | CREDIT FOR INTEGRITY PV96   8889309057  CO REF- | $3,352.98 | | |
| 9/18 | | INSUFFICIENT FUNDS-RETURNED ITEM $162,94 5.98 DEBIT FOR FIFTH THIRD ACH RETRY PYM T CO REF- 01638W | | $32.00 | $36,725.24 |
| 9/21 | | DEBIT FOR  VANTIVECOMMERCE FUNDS DISB CO REF- 27500835688944 | | $15.65 | |
| 9/21 | | DEBIT FOR  5/3 BANKCARD SYS CRED FEES  CO REF- CHAIN 01638W | | $56.34 | |
| 9/21 | | DEBIT FOR  5/3 BANKCARD SYS CRED FEES  CO REF- CHAIN 01638W | | $55.30 | |
| 9/21 | | DEBIT FOR  5/3 BANKCARD SYS CRED FEES  CO REF- CHAIN 01638W | | $299.69 | |
| 9/21 | | DEBIT FOR  5/3 BANKCARD SYS CREDIT EXC CO REF- CHAIN 01638W | | $19,119.06 | |
| 9/21 | | DEBIT FOR  5/3 BANKCARD SYS CRED FEES  CO REF- CHAIN 01638W | | $9.34 | |
| 9/21 | | DEBIT FOR  5/3 BANKCARD SYS CRED FEES  CO REF- CHAIN 01638W | | $173.75 | |
| 9/21 | | DEBIT FOR  5/3 BANKCARD SYS CREDIT EXC CO REF- CHAIN 01638W | | $8,608.02 | |
| 9/21 | | DEBIT FOR  5/3 BANKCARD SYS CRED FEES  CO REF- CHAIN 01638W | | $162.68 | |
| 9/21 | | DEBIT FOR  5/3 BANKCARD SYS CREDIT EXC CO REF- CHAIN 01638W | | $7,683.81 | |
| 9/21 | | CREDIT FOR INTEGRITY PV92   8889309057  CO REF- | $7,445.59 | | $7,987.19 |
| 9/22 | | DEBIT FOR  VANTIVECOMMERCE FUNDS DISB CO REF- 27500837273745 | | $32.85 | |
| 9/22 | | DEBIT FOR  5/3 BANKCARD SYS CRED FEES  CO REF- CHAIN 01638W | | $264.81 | |
| 9/22 | | DEBIT FOR  5/3 BANKCARD SYS CREDIT EXC CO REF- CHAIN 01638W | | $3,938.84 | |

Exh_33_005

Primary Account: �one7575



Beginning September 1, 2020 - Ending September 30, 2020                    30

| Date * | Check/ Serial # | Description | Deposits/ Credits | Withdrawals/ Debits | End of Day Balance |
|---|---|---|---|---|---|
| 9/22 | | DEBIT FOR  5/3 BANKCARD SYS CRED FEES  CO REF- CHAIN 01638W | | $117.05 | |
| 9/22 | | CREDIT FOR INTEGRITY PV93  8889309057  CO REF- | $2,694.21 | | $6,327.85 |
| 9/23 | | CREDIT FOR INTEGRITY PV9T  8889309057  CO REF- | $203,704.67 | | |
| 9/23 | | DEBIT FOR  5/3 BANKCARD SYS CRED FEES  CO REF- CHAIN 01638W | | $502.83 | |
| 9/23 | | DEBIT FOR  5/3 BANKCARD SYS CREDIT EXC CO REF- CHAIN 01638W | | $2,304.44 | |
| 9/23 | | DEBIT FOR  5/3 BANKCARD SYS CRED FEES  CO REF- CHAIN 01638W | | $154.13 | |
| 9/23 | | ONLINE BANKING TRANSFER  TO ACCT *1704 | | $200,000.00 | |
| 9/23 | | CREDIT FOR INTEGRITY PV94  8889309057  CO REF- | $350.00 | | $7,421.12 |
| 9/24 | | DEBIT FOR  VANTIVECOMMERCE FUNDS DISB  CO REF- 27500840339947 | | $17.25 | |
| 9/24 | | DEBIT FOR  5/3 BANKCARD SYS CRED FEES  CO REF- CHAIN 01638W | | $18.87 | |
| 9/24 | | DEBIT FOR  5/3 BANKCARD SYS CRED FEES  CO REF- CHAIN 01638W | | $75.03 | |
| 9/24 | | DEBIT FOR  5/3 BANKCARD SYS CREDIT EXC CO REF- CHAIN 01638W | | $7,205.05 | $104.92 |
| 9/25 | | DEBIT FOR  VANTIVECOMMERCE FUNDS DISB  CO REF- 27500841670944 | | $12.55 | |
| 9/25 | | CREDIT FOR INTEGRITY PV9T  8889309057  CO REF- | $48,324.94 | | |
| 9/25 | | DEBIT FOR  5/3 BANKCARD SYS CRED FEES  CO REF- CHAIN 01638W | | $6.74 | |
| 9/25 | | DEBIT FOR  5/3 BANKCARD SYS CRED FEES  CO REF- CHAIN 01638W | | $7.95 | |
| 9/25 | | DEBIT FOR  5/3 BANKCARD SYS CREDIT EXC CO REF- CHAIN 01638W | | $8,597.98 | |
| 9/25 | | ONLINE BANKING TRANSFER  TO ACCT *1704 | | $39,500.00 | |
| 9/25 | | ONLINE BANKING TRANSFER  TO ACCT *1704 | | $304.54 | $0.10 |
| 9/28 | | DEBIT FOR  VANTIVECOMMERCE FUNDS DISB  CO REF- 27500842989046 | | $4.90 | |
| 9/28 | | DEBIT FOR  5/3 BANKCARD SYS CRED FEES  CO REF- CHAIN 01638W | | $20.18 | |
| 9/28 | | DEBIT FOR  5/3 BANKCARD SYS CRED FEES  CO REF- CHAIN 01638W | | $10.89 | |
| 9/28 | | DEBIT FOR  5/3 BANKCARD SYS CRED FEES  CO REF- CHAIN 01638W | | $0.56 | |
| 9/28 | | DEBIT FOR  5/3 BANKCARD SYS CRED FEES  CO REF- CHAIN 01638W | | $2.19 | |
| 9/28 | | DEBIT FOR  5/3 BANKCARD SYS CRED FEES  CO REF- CHAIN 01638W | | $0.97 | |
| 9/28 | | ONLINE BANKING TRANSFER  FROM ACCT *1704 | $1,100.00 | | $1,060.41 |
| 9/29 | | INSUFFICIENT FUNDS-PAID ITEM $4.90 DEBIT FOR VANTIVECOMMERCE FUNDS DISB CO REF- 27500842989046 | | $32.00 | |
| 9/29 | | INSUFFICIENT FUNDS-PAID ITEM $20.18  DEBI T FOR 5/3 BANKCARD SYS CRED FEES  CO REF- CHAIN 01638W | | $32.00 | |
| 9/29 | | INSUFFICIENT FUNDS-PAID ITEM $10.89  DEBI T FOR 5/3 BANKCARD SYS CRED FEES  CO REF- CHAIN 01638W | | $32.00 | |

Primary Account: ███7575

**BBVA**

Beginning September 1, 2020 - Ending September 30, 2020              30

| Date * | Check/<br>Serial # | Description | Deposits/<br>Credits | Withdrawals/<br>Debits | End of Day<br>Balance |
|---|---|---|---|---|---|
| 9/29 | | INSUFFICIENT FUNDS-PAID ITEM $0.56 DEBIT FOR 5/3 BANKCARD SYS CRED FEES CO REF-CHAIN 01638W | | $32.00 | |
| 9/29 | | INSUFFICIENT FUNDS-PAID ITEM $2.19 DEBIT FOR 5/3 BANKCARD SYS CRED FEES CO REF-CHAIN 01638W | | $32.00 | |
| 9/29 | | INSUFFICIENT FUNDS-PAID ITEM $0.97 DEBIT FOR 5/3 BANKCARD SYS CRED FEES CO REF-CHAIN 01638W | | $32.00 | |
| 9/29 | | DEBIT FOR VANTIVECOMMERCE FUNDS DISB CO REF- 27500844543742 | | $1.15 | |
| 9/29 | | DEBIT FOR 5/3 BANKCARD SYS CREDIT EXC CO REF- CHAIN 01638W | | $2,872.50 | |
| 9/29 | | INSUFFICIENT FUNDS-RETURNED ITEM $6,583. 94 DEBIT FOR 5/3 BANKCARD SYS CREDIT EXC CO REF- CHAIN 01638W | | $32.00 | |
| 9/29 | | INSUFFICIENT FUNDS-RETURNED ITEM $5,510. 29 DEBIT FOR 5/3 BANKCARD SYS CREDIT EXC CO REF- CHAIN 01638W | | $32.00 | |
| 9/29 | | INSUFFICIENT FUNDS-RETURNED ITEM $7,040. 38 DEBIT FOR 5/3 BANKCARD SYS CREDIT EXC CO REF- CHAIN 01638W | | $32.00 | ($2,101.24) |
| 9/30 | | INSUFFICIENT FUNDS-PAID ITEM $2,872.50 D EBIT FOR 5/3 BANKCARD SYS CREDIT EXC CO REF- CHAIN 01638W | | $32.00 | |
| 9/30 | | CREDIT MEMO | $2,133.24 | | $0.00 |
| Ending Balance on 9/30 | | | | | **$0.00** |
| **Totals** | | | **$453,099.69** | **$569,963.85** | |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

Page 8 of 8
Primary Account: ▓▓▓7575                                                    
Beginning September 1, 2020 - Ending September 30, 2020          30

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
• Record all automated deductions, debit card transactions and electronic bill payments.
• Record and deduct service charges, check printing charges, or other bank fees.
• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | | Amount | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Step 3 Total | | $ | |

| Date/Description | | Check # | Amount | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Step 4 Total | | | $ | |

## Balancing Your Register to this Statement

| Step 5 | •Enter the "current balance" shown on this statement | | |
|---|---|---|---|
| | •Add total from Step 3 | | |
| | •Subtotal | | |
| | •Subtract total from Step 4 | | |
| | •This balance should equal your register balance | | |
| | If it does not agree, see steps below | $ | |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

### Change of Address
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

### Electronic Transfers *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

### Overdraft Protection
**Calculation of Interest Charge and Balance Subject to Interest Rate**. The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATMs) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATMs via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA business days are Monday through Friday, excluding holidays.

### In Case of Errors or Questions About Your Statement (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

· Tell us your name and account number (if any).
· Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
· Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

### Reporting Other Problems
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA and BBVA Compass are trade names of BBVA USA, a member of the BBVA Group. BBVA USA, Member FDIC.

Exhibit 33
Confidential

Primary Account: ███ 7575
Beginning December 1, 2020 - Ending December 31, 2020            31

**BBVA**

21
PC
    INTEGRITY  BUSINESS  PARTNERS  LLC
    2355  GOLD  MEADOW  WAY  STE  215
    GOLD  RIVER  CA  95670

### Contacting  Us

Available by phone  24/7

| | |
|---|---|
| Phone | 1-800-266-7277 |
| Online | bbvausa.com |
| Write | BBVA |
| | Customer  Service |
| | P.O.  Box 10566 |
| | Birmingham,  AL 35296 |

# Summary  of Accounts

## Deposit  Accounts/  Other  Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| BUSINESS  CONNECT  CHECKING | ███ 7575 | ($184.80) | $2,849.74 |
| **Total Deposit  Accounts** | | **($184.80)** | **$2,849.74** |

Page 2 of 4
Primary Account: ▉▉▉7575
Beginning December 1, 2020 - Ending December 31, 2020        31



# BUSINESS CONNECT CHECKING

Account Number: ▉▉▉7575 - INTEGRITY BUSINESS PARTNERS LLC

## Activity Summary

| | |
|---|---|
| Beginning Balance on 12/1/20 | ($184.80) |
| Deposits/Credits (3) | + $1,335,673.26 |
| Withdrawals/Debits (21) | - $1,332,638.72 |
| **Ending Balance on 12/31/20** | **$2,849.74** |

## Transaction History

| Date * | Check/ Serial # | Description | Deposits/ Credits | Withdrawals/ Debits | End of Day Balance |
|---|---|---|---|---|---|
| 12/1 | | INSUFFICIENT FUNDS-RETURNED ITEM $1,704. 65 DEBIT FOR 5/3 BANKCARD SYS CREDIT EXC CO REF- CHAIN 01638W | | $32.00 | |
| 12/1 | | INSUFFICIENT FUNDS-RETURNED ITEM $600.41 DEBIT FOR 5/3 BANKCARD SYS CREDIT EXC C O REF- CHAIN 01638W | | $32.00 | |
| 12/1 | | INSUFFICIENT FUNDS-RETURNED ITEM $988.17 DEBIT FOR 5/3 BANKCARD SYS CREDIT EXC C O REF- CHAIN 01638W | | $32.00 | ($280.80) |
| 12/2 | | INSUFFICIENT FUNDS-RETURNED ITEM $280.07 DEBIT FOR 5/3 BANKCARD SYS CREDIT EXC C O REF- CHAIN 01638W | | $32.00 | ($312.80) |
| 12/3 | | INSUFFICIENT FUNDS-RETURNED ITEM $399.12 DEBIT FOR 5/3 BANKCARD SYS CREDIT EXC C O REF- CHAIN 01638W | | $32.00 | ($344.80) |
| 12/4 | | EXTENDED OVERDRAFT SERVICE CHRG | | $23.00 | |
| 12/4 | | INSUFFICIENT FUNDS-RETURNED ITEM $1,051. 00 DEBIT FOR VANTIVECOMMERCE FUNDS DISB CO REF- 27500909560649 | | $32.00 | |
| 12/4 | | INSUFFICIENT FUNDS-RETURNED ITEM $4,976. 88 DEBIT FOR 5/3 BANKCARD SYS CREDIT EXC CO REF- CHAIN 01638W | | $32.00 | ($431.80) |
| 12/7 | | INCOMING WIRE REF 20201207F2QCZ60C00099912070844FT01 ORG ##VANTIV LLC | $831,000.00 | | |
| 12/7 | | ONLINE BANKING TRANSFER TO ACCT *1704 | | $830,500.00 | |
| 12/7 | | INSUFFICIENT FUNDS-RETURNED ITEM $5,958. 29 DEBIT FOR 5/3 BANKCARD SYS CREDIT EXC CO REF- CHAIN 01638W | | $32.00 | $36.20 |
| 12/8 | | INSUFFICIENT FUNDS-RETURNED ITEM $2,326. 56 DEBIT FOR 5/3 BANKCARD SYS CREDIT EXC CO REF- CHAIN 01638W | | $32.00 | |
| 12/8 | | INSUFFICIENT FUNDS-RETURNED ITEM $5,564. 30 DEBIT FOR 5/3 BANKCARD SYS CREDIT EXC CO REF- CHAIN 01638W | | $32.00 | |
| 12/8 | | INSUFFICIENT FUNDS-RETURNED ITEM $906.22 DEBIT FOR 5/3 BANKCARD SYS CREDIT EXC C O REF- CHAIN 01638W | | $32.00 | ($59.80) |
| 12/9 | | CREDIT FOR 5/3 BANKCARD SYS CREDIT EXC CO REF- CHAIN 01638W | $4,673.26 | | |
| 12/9 | | INSUFFICIENT FUNDS-RETURNED ITEM $385.90 DEBIT FOR 5/3 BANKCARD SYS CREDIT EXC C O REF- CHAIN 01638W | | $32.00 | $4,581.46 |

Page 3 of 4
Primary Account: ████ 7575
Beginning December 1, 2020 - Ending December 31, 2020                    31

**BBVA**

| Date * | Check/ Serial # | Description | Deposits/ Credits | Withdrawals/ Debits | End of Day Balance |
|--------|-----------------|-------------|-------------------|---------------------|--------------------|
| 12/10 | | DEBIT FOR  5/3 BANKCARD SYS  CREDIT EXC CO REF- CHAIN 01638W | | $851.65 | |
| 12/10 | | INSUFFICIENT FUNDS-RETURNED  ITEM $12,571 .43 DEBIT FOR FIFTH THIRD ACH MPS  BILLNG CO REF- 01638W | | $32.00 | $3,697.81 |
| 12/14 | | DEBIT FOR  5/3 BANKCARD SYS  CREDIT EXC CO REF- CHAIN 01638W | | $752.07 | |
| 12/14 | | INSUFFICIENT FUNDS-RETURNED  ITEM $9,874. 56 DEBIT FOR 5/3 BANKCARD SYS  CREDIT EXC CO REF- CHAIN 01638W | | $32.00 | $2,913.74 |
| 12/15 | | INSUFFICIENT FUNDS-RETURNED  ITEM $12,571 .43 DEBIT FOR FIFTH THIRD ACH RETRY  PYMT CO REF- 01638W | | $32.00 | $2,881.74 |
| 12/18 | | INSUFFICIENT FUNDS-RETURNED  ITEM $12,571 .43 DEBIT FOR FIFTH THIRD ACH RETRY  PYMT CO REF- 01638W | | $32.00 | $2,849.74 |
| 12/29 | | INCOMING WIRE REF 20201229F2QCZ60C00440212291553FT01        ORG ##VANTIV LLC | $500,000.00 | | |
| 12/29 | | ONLINE BANKING TRANSFER  TO ACCT *1704 | | $500,000.00 | $2,849.74 |
| Ending Balance  on 12/31 | | | | | **$2,849.74** |
| **Totals** | | | **$1,335,673.26** | **$1,332,638.72** | |

Please  note, certain fees and charges  posted  to your account may relate to services  and/or activity from the prior statement  cycle.
 * The Date provided is the business  day that the transaction  is processed.

Exh_33_0011

Page 4 of 4
Primary Account: ▮▮▮▮7575



Beginning December 1, 2020 - Ending December 31, 2020                31

## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
• Record all automated deductions, debit card transactions and electronic bill payments.
• Record and deduct service charges, check printing charges, or other bank fees.
• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step 4 Total |  | $ |

## Balancing Your Register to this Statement

| Step 5 | • Enter the "current balance" shown on this statement | |
|---|---|---|
|  | • Add total from Step 3 | |
|  | • Subtotal | |
|  | • Subtract total from Step 4 | |
|  | • This balance should equal your register balance | |
|  | If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

## Change of Address
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate**. The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate." Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATMs) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATMs via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

· Tell us your name and account number (if any).
· Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
· Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA and BBVA Compass are trade names of BBVA USA, a member of the BBVA Group. BBVA USA, Member FDIC.

Page 1 of 3
Primary Account: ███7575
Beginning January 1, 2021 - Ending January 31, 2021          31



21
PC      INTEGRITY  BUSINESS  PARTNERS  LLC
        2355  GOLD  MEADOW  WAY  STE  215
        GOLD  RIVER  CA  95670

### Contacting  Us

Available by phone  24/7

Phone     1-800-266-7277

Online    bbvausa.com

Write     BBVA
          Customer  Service
          P.O.  Box  10566
          Birmingham,  AL 35296

# Summary  of Accounts

## Deposit  Accounts/  Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| BUSINESS  CONNECT  CHECKING | ███7575 | $2,849.74 | $151.55 |
| **Total Deposit  Accounts** | | **$2,849.74** | **$151.55** |

Page 2 of 3
Primary Account: ███7575
Beginning January 1, 2021 - Ending January 31, 2021                    31



# BUSINESS  CONNECT  CHECKING

Account Number: ███7575 - INTEGRITY BUSINESS PARTNERS LLC

## Activity Summary

| | |
|---|---|
| Beginning Balance on 1/1/21 | $2,849.74 |
| Deposits/Credits (2) | + $504,331.81 |
| Withdrawals/Debits (3) | - $507,030.00 |
| **Ending Balance on 1/31/21** | **$151.55** |

## Transaction History

| Date * | Check/ Serial # | Description | Deposits/ Credits | Withdrawals/ Debits | End of Day Balance |
|---|---|---|---|---|---|
| 1/11 | | CREDIT FOR FIFTH THIRD ACH  MPS  BILLNG CO REF- 01638W | $4,331.81 | | $7,181.55 |
| 1/15 | | DEC INCOMING WIRE TRANSFER | | $30.00 | $7,151.55 |
| 1/25 | | ONLINE BANKING TRANSFER  TO ACCT *0731 | | $5,000.00 | $2,151.55 |
| 1/29 | | INCOMING WIRE REF 20210129F2QCZ60C00699201291656FT01     ORG ##VANTIV LLC | $500,000.00 | | |
| 1/29 | | ONLINE BANKING TRANSFER  TO ACCT *1704 | | $502,000.00 | $151.55 |
| Ending Balance on 1/31 | | | | | **$151.55** |
| **Totals** | | | **$504,331.81** | **$507,030.00** | |

Please  note,  certain fees and charges  posted  to your account  may relate  to services  and/or  activity from the prior statement  cycle.
 * The Date  provided  is the business  day that the transaction  is processed.



## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
• Record all automated deductions, debit card transactions and electronic bill payments.
• Record and deduct service charges, check printing charges, or other bank fees.
• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Step 4 Total | $ |

## Balancing Your Register to this Statement

| Step 5 | |
|---|---|
| • Enter the "current balance" shown on this statement | |
| • Add total from Step 3 | |
| • Subtotal | |
| • Subtract total from Step 4 | |
| • This balance should equal your register balance | |
| If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and all any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate**. The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATMs) Monday through Friday before the posted cut-off time will be posted to your account on the date they are accepted. Otherwise, they will be posted on the next business day. Payments made through our ATMs via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

· Tell us your name and account number (if any).
· Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
· Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA and BBVA Compass are trade names of BBVA USA, a member of the BBVA Group. BBVA USA, Member FDIC.

Page 1 of 3
Primary Account: ███7575
Beginning July 1, 2021 - Ending July 31, 2021          31



21
PC          INTEGRITY  BUSINESS  PARTNERS  LLC
          2355  GOLD  MEADOW  WAY STE  215
          GOLD  RIVER  CA  95670

### Contacting  Us

Available by phone  24/7

Phone    1-800-266-7277

Online    bbvausa.com

Write    BBVA
          Customer  Service
          P.O.  Box 10566
          Birmingham,  AL 35296

# Summary  of Accounts

## Deposit  Accounts/  Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| BUSINESS  CONNECT  CHECKING | ███7575 | $43.94 | $8.94 |
| **Total Deposit  Accounts** | | **$43.94** | **$8.94** |

Page 2 of 3
Primary Account: ▇▇▇7575
Beginning July 1, 2021 - Ending July 31, 2021                    31



# BUSINESS   CONNECT   CHECKING

Account Number: ▇▇▇7575 - INTEGRITY BUSINESS PARTNERS LLC

## Activity Summary

| | |
|---|---:|
| Beginning Balance on 7/1/21 | $43.94 |
| Deposits/Credits  (1) | + $50.00 |
| Withdrawals/Debits  (2) | - $85.00 |
| **Ending Balance on 7/31/21** | **$8.94** |

## Transaction History

| Date * | Check/ Serial # | Description | Deposits/ Credits | Withdrawals/ Debits | End of Day Balance |
|---|---|---|---:|---:|---:|
| 7/9 | | DEBIT FOR FIFTH THIRD ACH MPS BILLNG CO REF- 01638W | | $53.00 | ($9.06) |
| 7/12 | | INSUFFICIENT FUNDS-PAID ITEM $53.00 DEBIT FOR FIFTH THIRD ACH MPS BILLNG CO REF- 01638W | | $32.00 | ($41.06) |
| 7/14 | | ONLINE BANKING TRANSFER FROM ACCT *0731 | $50.00 | | $8.94 |
| Ending Balance on 7/31 | | | | | **$8.94** |
| **Totals** | | | **$50.00** | **$85.00** | |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

Page  3 of 3
Primary Account: ▮▮▮▮7575
Beginning July 1, 2021 - Ending July 31, 2021          31

**BBVA**

## How to Balance  Your Account

**Step 1** • Enter all checks,  deposits,  and other automated  teller
card (ATM) transactions  in your register.

• Record  all automated  deductions,  debit card
transactions  and electronic  bill payments.

• Record  and deduct  service  charges,  check printing
charges,  or other bank fees.

• If you have an interest  bearing  account,  add any
interest  earned  shown on this statement.

**Step 2** • If applicable,  sort checks  in numerical  order and mark
in your register  each check  or other transaction  that is
listed on this statement.

**Step 3** • List any deposits  or credits  your have  made  that do not
appear  on this statement  (see  space  provided  below).

**Step 4** • List any checks  you have  written,  debit card
transactions,  electronic  payments  and other
deductions  that do not appear  on this statement  (see
space  provided  below).

| Date/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Step  3 Total | $ |

| Date/Description | Check  # | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| Step  4 Total |  | $ |

## Balancing  Your Register  to this Statement

| Step 5 | |
|---|---|
| • Enter the "current balance" shown on this statement |  |
| • Add total from Step 3 |  |
| • Subtotal |  |
| • Subtract  total from Step 4 |  |
| • This balance  should equal your register  balance |  |
| If it does not agree,  see steps below          $ |  |

If your account  does  not balance,  review the following:
· Check  all your addition  and subtraction  above  in your register.
· Make sure you remembered  to subtract  service  charges  listed on
this statement  and all any interest  earned  to your register.
· Amounts  of deposits  and withdrawals  on this statement  should
match your register  entries.
· If you have questions  or need assistance,  please  refer to the phone
number  on the front of this statement.

**Change  of Address**
Please  call us at the telephone  number  listed on the front of this
statement  to tell us about  a change  of address.

**Electronic  Transfers**  *(for consumer  accounts  only)*
In case of errors  or questions  about  your Electronic  Transfers,  write to
BBVA, Operations  Compliance  Support,  P.O. Box 10566,
Birmingham,  AL 35296.  Or simply call your local customer  service
number  printed  on the front of this statement.  Call or write as soon as
you can,  if you think your statement  or receipt  is wrong or if you need
more information  about  a transfer  on the statement  or receipt.  We
must hear  from you no later than 60 days after we sent the first
statement  on which the error or problem  appeared.

• Tell us your name  and account  number  (if any).
• Describe  the error or the transfer  you are unsure  about,  and explain  as clearly  as you can
why you believe  it is an error or why you need  more information.
• Tell us the dollar amount  of the suspected  error.

We will investigate  your complaint  and will correct  any error promptly.  If we take more than 10
business  days (20 on claims on accounts  opened  less than 30 calendar  days) to do this, we will
credit your account  for the amount  you think is in error, so that you will have the use of the
money  during the time it takes  us to complete  our investigation.

*For Non-Consumer  Account  customers,  please  refer to your current  Non-Consumer  Account
Agreement  for details regarding  Electronic  Fund Transfers.

**Overdraft  Protection**
**Calculation  of Interest  Charge and Balance  Subject to Interest Rate** . The interest  charge  is
computed  using your annual  percentage  rate divided by 365 or, in the case  of a leap year, 366,
which gives you the "Applicable  Rate." Although  we calculate  the interest  charge  by applying the
Applicable  Rate to each daily balance,  the interest  charge  can also be calculated  by multiplying
the Applicable  Rate by the "average  daily balance" (Balance  Subject to Interest  Rate) shown on
this statement,  then multiplying  that sum by the number  of days in the billing cycle. To get the
"Balance  Subject to Interest Rate" shown on this statement  we take the beginning  balance  of
your account  less any unpaid finance  charges  each day, add any new advances  or debits,  and
subtract  any payments  or credits.  This gives us the daily balance.  Then we add all the daily
balances  for the billing cycle and divide by the number  of days in the billing cycle. This give us
the "average  daily balance"  shown on the statement  as "Balance  Subject to Interest  Rate".
Payments.  Payments  to your overdraft  protection  loan account  made  through  our tellers or
deposited  at our automated  teller machines  (ATMs) Monday  through  Friday before the posted
cut-off time will be posted  to your account  on the date they are posted.  Otherwise,  they will be
posted  on the next business  day. Payments  made  through  our ATMs via a funds transfer  will be
posted  on the date they are received  or on the next business  day if made  after 6pm CT (6pm MT
for Arizona  accounts  and 6pm PT for California  accounts)  Monday  through  Friday or anytime
Saturday,  Sunday  or bank holidays.  BBVA business  days are Monday  through  Friday, excluding
holidays.

**In Case  of Errors  or Questions  About Your Statement**  (Overdraft  Protection  Only)
If you think your statement  is wrong, or if you need more information  about a transaction  on your
statement,  write your issue on a separate  document  and send it to Bankcard  Center,  P.O. Box
2210, Decatur,  AL 35699-0001.  Telephone  inquires  may be made  by calling your local BBVA
branch  listed on the front of this statement  to speak  with a Customer  Service  Representative.
Please  note: a telephone  inquiry will not preserve  your rights under federal law. We must hear
from you no later than sixty (60) days after we sent you the first statement  on which the error or
problem  appeared.

· Tell us your name  and account  number  (if any).
· Describe  the error or the transfer  you are unsure  about,  and explain  as clearly  as you can
why you believe  it is an error or what you need  more information.
· Tell us the dollar amount  of the suspected  error.

You can stop the automatic  deduction  of the Minimum  Payment  from you checking  account  if
you think your statement  is wrong. To stop the payment,  your letter must reach  us three (3)
business  days before the automatic  deduction  is scheduled  to occur.

**Reporting  Other Problems**
Please  review your statement  carefully.  It is essential  that any account  errors or any improper
transactions  on your account  be reported  to us as soon as reasonably  possible.  If you fail to
notify us of any suspected  problems,  errors or unauthorized  transactions  within the time periods
specified  in the deposit account  agreement,  we are not liable to you for any loss related to the
problem,  error or unauthorized  transaction.

BBVA USA is a Member  FDIC. BBVA is a registered  trademark  of BBVA, S.A. and is used under
license.

Exh_33_0018

Page 1 of 3
Primary Accoun █████9631
Beginning August 1, 2021 - Ending August 31, 2021          31



32
PC

INTEGRITY  BUSINESS  PARTNERS  LLC
2355  GOLD  MEADOW  WAY  STE  215
GOLD  RIVER  CA  95670

### Contacting   Us

Available by phone  24/7

Phone      1-800-266-7277

Online     bbvausa.com

Write      BBVA
           Customer  Service
           P.O.  Box 10566
           Birmingham,  AL 35296

# Summary   of Accounts

## Deposit   Accounts/   Other Products

| Account | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|
| BUSINESS  CONNECT  CHECKING | ███9631 | $8,310.00 | $21.88 |
| **Total Deposit  Accounts** | | **$8,310.00** | **$21.88** |

Page 2 of 3
Primary Account: ████9631
Beginning August 1, 2021 - Ending August 31, 2021                31



# BUSINESS  CONNECT  CHECKING

Account Number: ████9631 - INTEGRITY BUSINESS PARTNERS LLC

## Activity Summary

| | |
|---|---|
| Beginning Balance on 8/1/21 | $8,310.00 |
| Deposits/Credits (2) | + $5,011.88 |
| Withdrawals/Debits (3) | - $13,300.00 |
| **Ending Balance on 8/31/21** | **$21.88** |

## Transaction History

| Date * | Check/ Serial # | Description | Deposits/ Credits | Withdrawals/ Debits | End of Day Balance |
|---|---|---|---|---|---|
| 8/3 | | ONLINE BANKING TRANSFER TO ACCT *0731 | | $600.00 | $7,710.00 |
| 8/6 | | ONLINE OR MOBILE WIRE TRANSFER REF 20210806F2QCZ60C004040    BNF SIMPLEPAY | | $7,700.00 | $10.00 |
| 8/18 | | BUSINESS  CONNECT  CHECKING | $11.88 | | $21.88 |
| 8/20 | | BUSINESS  CONNECT  CHECKING | $5,000.00 | | |
| 8/20 | | ONLINE OR MOBILE WIRE TRANSFER REF 20210820F2QCZ60C005074    BNF APEX FUNDING | | $5,000.00 | $21.88 |
| Ending Balance on 8/31 | | | | | **$21.88** |
| **Totals** | | | **$5,011.88** | **$13,300.00** | |

Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
 * The Date provided is the business day that the transaction is processed.

Exh_33_0020



## How to Balance Your Account

**Step 1** • Enter all checks, deposits, and other automated teller card (ATM) transactions in your register.
• Record all automated deductions, debit card transactions and electronic bill payments.
• Record and deduct service charges, check printing charges, or other bank fees.
• If you have an interest bearing account, add any interest earned shown on this statement.

**Step 2** • If applicable, sort checks in numerical order and mark in your register each check or other transaction that is listed on this statement.

**Step 3** • List any deposits or credits your have made that do not appear on this statement (see space provided below).

**Step 4** • List any checks you have written, debit card transactions, electronic payments and other deductions that do not appear on this statement (see space provided below).

| Date/Description | Amount |
|---|---|
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
| Step 3 Total | $ |

| Date/Description | Check # | Amount |
|---|---|---|
|  |  | $ |
|  |  | $ |
|  |  | $ |
|  |  | $ |
|  |  | $ |
|  |  | $ |
| Step 4 Total |  | $ |

## Balancing Your Register to this Statement

| Step 5 | |
|---|---|
| • Enter the "current balance" shown on this statement | |
| • Add total from Step 3 | |
| • Subtotal | |
| • Subtract total from Step 4 | |
| • This balance should equal your register balance | |
| If it does not agree, see steps below | $ |

If your account does not balance, review the following:
· Check all your addition and subtraction above in your register.
· Make sure you remembered to subtract service charges listed on this statement and add any interest earned to your register.
· Amounts of deposits and withdrawals on this statement should match your register entries.
· If you have questions or need assistance, please refer to the phone number on the front of this statement.

**Change of Address**
Please call us at the telephone number listed on the front of this statement to tell us about a change of address.

**Electronic Transfers** *(for consumer accounts only)*
In case of errors or questions about your Electronic Transfers, write to BBVA, Operations Compliance Support, P.O. Box 10566, Birmingham, AL 35296. Or simply call your local customer service number printed on the front of this statement. Call or write as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the first statement on which the error or problem appeared.

• Tell us your name and account number (if any).
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
• Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 on claims on accounts opened less than 30 calendar days) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

*For Non-Consumer Account customers, please refer to your current Non-Consumer Account Agreement for details regarding Electronic Fund Transfers.

**Overdraft Protection**
**Calculation of Interest Charge and Balance Subject to Interest Rate**. The interest charge is computed using your annual percentage rate divided by 365 or, in the case of a leap year, 366, which gives you the "Applicable Rate." Although we calculate the interest charge by applying the Applicable Rate to each daily balance, the interest charge can also be calculated by multiplying the Applicable Rate by the "average daily balance"(Balance Subject to Interest Rate) shown on this statement, then multiplying that sum by the number of days in the billing cycle. To get the "Balance Subject to Interest Rate" shown on this statement we take the beginning balance of your account less any unpaid finance charges each day, add any new advances or debits, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle and divide by the number of days in the billing cycle. This give us the "average daily balance" shown on the statement as "Balance Subject to Interest Rate". Payments. Payments to your overdraft protection loan account made through our tellers or deposited at our automated teller machines (ATMs) Monday through Friday before the posted cut-off time will be posted to your account on the date they are received. Otherwise, they will be posted on the next business day. Payments made through our ATMs via a funds transfer will be posted on the date they are received or on the next business day if made after 6pm CT (6pm MT for Arizona accounts and 6pm PT for California accounts) Monday through Friday or anytime Saturday, Sunday or bank holidays. BBVA business days are Monday through Friday, excluding holidays.

**In Case of Errors or Questions About Your Statement** (Overdraft Protection Only)
If you think your statement is wrong, or if you need more information about a transaction on your statement, write your issue on a separate document and send it to Bankcard Center, P.O. Box 2210, Decatur, AL 35699-0001. Telephone inquires may be made by calling your local BBVA branch listed on the front of this statement to speak with a Customer Service Representative. Please note: a telephone inquiry will not preserve your rights under federal law. We must hear from you no later than sixty (60) days after we sent you the first statement on which the error or problem appeared.

· Tell us your name and account number (if any).
· Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or what you need more information.
· Tell us the dollar amount of the suspected error.

You can stop the automatic deduction of the Minimum Payment from you checking account if you think your statement is wrong. To stop the payment, your letter must reach us three (3) business days before the automatic deduction is scheduled to occur.

**Reporting Other Problems**
Please review your statement carefully. It is essential that any account errors or any improper transactions on your account be reported to us as soon as reasonably possible. If you fail to notify us of any suspected problems, errors or unauthorized transactions within the time periods specified in the deposit account agreement, we are not liable to you for any loss related to the problem, error or unauthorized transaction.

BBVA USA is a Member FDIC. BBVA is a registered trademark of BBVA, S.A. and is used under license.